CITY OF DETROIT *v.* WAYNE CIRCUIT JUDGE.

JUDGMENT—SAVING OF INTEREST.

> The Supreme Court, having set aside a judgment entered *nunc
> pro tunc,* will not modify its order so as to allow the judg-
> ment to stand as of the date actually entered, for the sake of
> saving to the party his interest upon the judgment, inasmuch
> as interest may be saved in the entry of a new judgment.

*Mandamus* by the city of Detroit to compel Joseph W. Donovan, circuit judge of Wayne county, to vacate a judgment against the relator. On motion to modify an order granting the writ. Submitted and denied March 24, 1896.

*B. T. Prentis,* for the motion.

*John J. Speed, contra.*

PER CURIAM. On motion, a judgment which was entered *nunc pro tunc* against relator in the Wayne circuit court was set aside by this court on February 26, 1896. A motion is now made to modify this order, and to allow the judgment to stand as of the date it was actually entered.

The claim is made that, unless this be allowed, the plaintiff in the case will lose his interest on the judgment from the date of the verdict to the time of the entry of the judgment. We see no difficulty in the saving of the interest in the entry of a new judgment.

The motion must be denied.